

FILED AT ____ O'CLOCK ___ M
JUN 21 2017
DISTRICT CLERK Tammy Robinson TAYLOR COUNTY
____ DEPUTY

FILED IN 11th COURT OF APPEALS
EASTLAND, TEXAS
06/22/17 8:33:59 AM
SHERRY WILLIAMSON
Clerk

CASE NO. 20692B    COUNT SINGLE
INCIDENT NO./TRN: 922890173X-A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 104TH DISTRICT |
| | § | COURT |
| V. | § | |
| | § | |
| KELLY MARIE MOORE | § | TAYLOR COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX50622837 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. LEE HAMILTON | Date Judgment Entered: | 6/15/2017 |
| Attorney for State: | ZACH GORE | Attorney for Defendant: | DAVID THEDFORD |

Offense for which Defendant Convicted:
**POSSESSION OF METHAMPHETAMINE**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **481.115(b) Health and Safety Code** |
| Date of Offense: **6/3/2016** | |

| | | |
|---|---|---|
| Degree of Offense: **2ND DEGREE FELONY** | Plea to Offense: **GUILTY** | Findings on Deadly Weapon: **N/A** |

Terms of Plea Bargain:
**TEN YEARS TDCJ-CID- STATE TO DISMISS CAUSE NO. 20594B, 20693B, AND 2-807-16**

| | | | |
|---|---|---|---|
| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| | | |
|---|---|---|
| Date Sentence Imposed: | **6/15/2017** | Date Sentence to Commence: **6/15/2017** |

| | |
|---|---|
| Punishment and Place of Confinement: | **TEN (10) YEARS CORRECTIONAL INSTITUTIONS DIVISION, TDCJ** |

### THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| | | | |
|---|---|---|---|
| Fine: $ -0- | Court Costs: $ 484.00 | Restitution: $ -0- | Restitution Payable to: ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | |
|---|---|
| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| | From **12/21/2016** to **12/21/2016**    From **3/22/2017** to **3/22/2017**    From **5/26/2017** to **6/15/2017** |
| | From ___ to ___    From ___ to ___    From ___ to ___    **TOTAL: 23 DAYS CREDIT** |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS    NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **TAYLOR** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial,

MCR137    270

made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Correctional Institutions Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Taylor County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **TAYLOR** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **TAYLOR** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Taylor County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the **TAYLOR** County **District Clerk.** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence **EXECUTED.**

☐ The Court ORDERS Defendant's sentence of confinement **SUSPENDED.** The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

## Furthermore, the following special findings or orders apply:

Signed on the _____ 2/1 _____ day of _____ June _____ , _____ 2017 _____ .

_____
Judge Presiding
Taylor County, Texas

Cause No: 20692-B   Date: 06-15-17

Court: 104th DC of Taylor County, Texas

_____
Signature of Defendant

_____
Bailiff/Person Taking Prints

Defendant's Right
Thumbprint